# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

RICKEY J. LAFONT, JR.

NO. 2025 KW 0028

**FEBRUARY 24, 2025**

---

In Re:   Rickey J. Lafont, Jr., applying for supervisory writs, 17th Judicial District Court, Parish of Lafourche, No. 599618.

---

BEFORE:   McCLENDON, C.J., LANIER AND BALFOUR, JJ.

**WRIT DENIED ON THE SHOWING MADE.** Relator failed to include a copy of the application for postconviction relief filed with the district court, a copy of the opposition filed, if any, any pertinent minute entries and/or transcripts, and any other portion of the district court record that might support the claims raised in the writ application. Supplementation of this writ application and/or an application for rehearing will not be considered. See Uniform Rules of Louisiana Courts of Appeal, Rules 2-18.7 & 4-9. In the event relator elects to file a new application with this court, the application must be filed on or before March 25, 2025. Any future filing on this issue should include the entire contents of this application, the missing items noted above, and a copy of this ruling.

                         **PMc**
                         **WIL**
                         **KEB**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
    FOR THE COURT